# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

BEFORE: **GLASSER, J.**        DATE: **DECEMBER 13, 2019**        TIME: **2:30 p.m.**

DOCKET #: **CR-19-00442 (ILG)**        TITLE: *U.S.A. v. Amato, et al*

COURT REPORTER: **Lisa Schmid**        DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____        AUSA: **Elizabeth Geddes - #6432**
~~Megan Elizabeth Farrell - #6448~~
~~Tanya Hajjar - #6109~~

DEF'T #14 NAME: **Vincent Scura**        ATT'Y: **Vincent J. Martinelli, Esq. - Ret.**
✓ Present _ Not Present ✓ On Bond        ✓ Present _ Not Present

## CRIMINAL CAUSE FOR CURCIO HEARING

- ✔ Case called.
- ✔ Defendant Vincent Scura present with counsel Vincent J. Martinelli, Esq. AUSA Elizabeth Geddes present for the Government.
- ✔ A *Curcio* hearing was held with respect to the issues raised in the Government's letter motion dated 12/12/2019.
- ✔ The Court advised the defendant of his rights and accepted his waiver of a potential conflict of interest with respect to his attorney.

**TIME:** **0/30**