United States v. Vincent Scura

Docket 19-cr-00442 (BMC)

TERMS OF SUPERVISED RELEASE OR PROBATION

1. The defendant shall not associate in person, through mail, electronic mail or telephone with any individual with an affiliation to any organized crime groups, gangs or any criminal enterprise; nor shall the defendant frequent any establishment, or other locale where these groups may meet pursuant, but not limited to, a prohibition list provided by the U.S. Probation Department;

2. The defendant shall not have contact with any of the victims or any of their family members. This means that he shall not attempt to meet in person, or communicate by letter, telephone, email, the Internet, or through a third party, without the knowledge and permission of the U.S. Probation Department;

3. Based on information presented, the defendant is excused from the mandatory drug testing provision of 18 U.S.C. 3583(d), however, may be requested to submit to drug testing to ensure compliance with the conditions of his or her term of supervised release.

REVIEWED:

_____
Defendant

_____
Defense Counsel
Vincent Martinelli, ESQ.